Richard F. McGinty, OSB 86071
P.O. Box 12806
Salem, OR 97309
503-371-9636
Fax: 503-371-2879
richard@mcginty-belcher.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**STACEY WOODS**,            Case No.: 6:14-cv-01766-HZ

        Plaintiff,      ORDER

v.

**COMMISSIONER OF SOCIAL SECURITY**,

        Defendant.

Based on the stipulation of the Parties through their respective counsel it is hereby allowed that the Plaintiff is awarded an EAJA attorney fee in the amount of $5,881.33 pursuant to 28 U.S.C. § 2412, and $0 costs and expenses pursuant to 28 U.S.C. § 1920, for at total of $5,881.33, subject to debt owed the US Government described pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

If Plaintiff has no such Treasury debt then the EAJA check shall be made out to Plaintiff's attorney and mailed to Plaintiff's attorney's at: PO Box 12806, Salem, OR 97309-0806. If Plaintiff has a Treasury debt, then the check for any remaining funds

after offset of the Treasury debt shall be made out to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above.

IT IS SO ORDERED.

DATED this __9__ day of March 2016.

                                                                          */s/ Marco Hernandez*
                                                                          MARCO A. HERNANDEZ
                                                                          United States District Court Judge

Presented by:
Richard F. McGinty OSB #86071
503-371-9636
Of Attorneys for Plaintiff